**IN RE D.M.**

[360 N.C. 162 (2005)]

IN THE MATTER OF D.M.

No. 379A05

(Filed 16 December 2005)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, —— N.C. App. ——, 615 S.E.2d 669 (2005), affirming an order terminating respondent's parental rights entered 8 October 2003 by Judge Avril U. Sisk in District Court, Mecklenburg County. Heard in the Supreme Court 15 November 2005.

*Mecklenburg County Attorney's Office, by J. Edward Yeager, Jr., for petitioner-appellee Mecklenburg County Department of Social Services.*

*David Childers for respondent-appellant father.*

PER CURIAM.

AFFIRMED.